# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 1, 2016

## NO.  03-16-00171-CV

**D. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
## AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the final decree of termination signed by the district court on February 16, 2016.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's final decree of termination.  Therefore, the Court affirms the district court's final decree of termination.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.